36 P.3d 813

# SUPREME COURT OF HAWAI'I

**September 20, 2001**

| | | |
|---|---|---|
| 23203 | Cunningham v. State | Affirmed |

**September 25, 2001**

| | | |
|---|---|---|
| 23683 | State v. Fujimoto | Affirmed |

**October 10, 2001**

| | | |
|---|---|---|
| 23241 | State v. Robinson | Affirmed |

**October 30, 2001**

| | | |
|---|---|---|
| 22381 | Hanakeawe v. Leho Management Co., Inc. | Affirmed |
| 22589 | State v. Mascoto | Affirmed |

**November 14, 2001**

| | | |
|---|---|---|
| 23476 | State v. Freimark | Vacated and Remanded |

**November 28, 2001**

| | | |
|---|---|---|
| 23591 | State v. Serrano | Affirmed |

**November 30, 2001**

| | | |
|---|---|---|
| 23643 | State v. Clement | Affirmed |